William M. Burd - Bar No. 90801
Karen Sue Naylor - Bar No. 144273
**BURD & NAYLOR**
200 West Santa Ana Boulevard   Suite 400
Santa Ana, California 92701
Telephone   (714) 708-3900
Facsimile    (714) 708-3949
Email        wburd@burd-naylor.com
Email        knaylor@burd-naylor.com

General Insolvency Counsel for Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:10-bk-24532 ES |
| **CHARLES CARMELLO VIRZI** | Chapter 11 |
| Debtor and Debtor-in-Possession | **NOTICE OF HEARING ON CONFIRMATION OF SECOND AMENDED CHAPTER 11 PLAN** |
| | Confirmation Hearing Date<br>Date: August 30, 2011<br>Time: 10:30 a.m.<br>Ctrm:  5A |

**TO ALL PARTIES IN INTEREST:**

**Please take notice** that a hearing will be held on the confirmation of the Debtor's Second Amended Chapter 11 Plan on August 30, 2011 at 10:30 a.m. in Courtroom 5A, 411 West Fourth Street, Santa Ana, California 92701.

Pursuant to order of the Court, **July 19, 2011** has been fixed as the last day for creditors to return ballots to Debtor's counsel containing written acceptances or rejections of the Second Amended Chapter 11 Plan. By order of the Court, the ballots must actually be received by Debtor's counsel no later than **5:00 p.m. on July 19, 2011.**

1

1  **Please take further notice** that **July 19, 2011** has been fixed by the Court as the last day for filing and serving written objections to confirmation of the Second Amended Chapter 11 Plan as provided in Rule 3020(b)(1) of the Federal Rules of Bankruptcy Procedure.

**Please take further notice** that the Court further ordered that the Debtor-in-Possession shall file its brief in support of confirmation no later than **August 5, 2011**, any response to the Debtor's brief in support of confirmation must by filed by **August 15, 2011** and any reply by the Debtor must be filed no later than **August 22, 2011**.

Date: June 22, 2011

Respectfully submitted,

**BURD & NAYLOR**

By: William M. Burd
General Insolvency Counsel
for Debtor-in-Possession

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is; 200 West Santa Ana Boulevard, Suite 400, Santa Ana, California 92701.

A true and correct copy of the document described as **NOTICE OF HEARING ON CONFIRMATION OF SECOND AMENDED CHAPTER 11 PLAN** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below.

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___6/22___, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice list to receive NEF transmission at the email address(es) indicated below:

| | |
|---|---|
| Office of U.S. Trustee: | ustpregion16.sa.ecf@usdoj.gov |
| Michael Hauser, Office of U.S. Trustee | michael.hauser@usdoj.gov |
| Richard J Bauer | rbauer@mileslegal.com |
| Mark Domeyer | mdomeyer@mileslegal.com |
| Cassandra J Richey | cmartin@pprlaw.net |
| Edward T Weber | bknotice@rcolegal.com |

☐ Service information continued on attached page.

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served: On ___6/22___, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| Katherine Diane Keathley<br>H James Keathley<br>Keathley & Keathley<br>2030 Main Street Suite 1040<br>Irvine, CA 92614 | U.S. Bank, N.A.<br>4801 Frederica Street<br>Owensboro, KY 42301<br><br>[All served via U.S. Mail] |

☒ Service information continued on attached page.

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicated method for each person or entity served: Pursuant to Fed.R.Civ.Proc. 5 and/or controlling LBR, on ___6/22___, 2011, I served the following person(s) or entity(ies) by personal delivery or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Judge Erithe A Smith    [via personal delivery to bin outside of Room 5097]
U.S. Bankruptcy Court
411 West Fourth Street  Suite 5041
Santa Ana, CA 92701

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

___6/22/11___    Morna I. Crouch    _/s/ Morna I. Crouch_

```
Label Matrix for local noticing          BAC Home Loans Servicing, LP...         Burd & Naylor
0973-8                                   Miles, Bauer, Bergstrom & Winters, LLP  200 W Santa Ana Blvd. Suite 400
Case 8:10-bk-24532-ES                    1231 E. Dyer Road, Suite 100            Santa Ana, CA 92701-4134
Central District Of California           Santa Ana, CA 92705-5643
Santa Ana
Mon Jun 20 11:27:31 PDT 2011

Santa Ana Division                       BAC Home Loans Servicing, L.P.          BAC Home Loans Servicing, L.P. fka Countrywi
411 West Fourth Street, Suite 2030,      1231 E. Dyer Road Ste 100               2380 Performance Dr. Bldg C Mail Stop: R
Santa Ana, CA 92701-4500                 Santa Ana, CA 92705-5643                Richardson, TX 75082-4333


BAY ORNAMENTAL IRON INC                  Bank of America, N.A.                   Bank of the West
757 NEWTON WAY                           P. O. Box 26012                         c/o Jonathan Neil & Associates
COSTA MESA CA 92627-4277                 NC4-105-03-14                           POB 7000
                                         Greensboro, NC 27420-6012               Tarzana CA 91357-7000


CHARLES CARMELLO VIRZI                   Capital One Bank (USA), N.A.            DAVID B DIMITRUK
4790 IRVINE BLVD                         by American Infosource Lp As Agent      5 CORPORATE PARK
NO 105-121                               PO Box 71083                            SUITE 220
IRVINE CA 92620-1973                     Charlotte, NC  28272-1083               IRVINE CA 92606-5166


DAVID B DIMITRUK ESQ                     Franchise Tax Board                     G KEVIN STUDER
5 CORPORATE PARK                         PO Box 2952                             4202 CALLE BIENVENIDO
SUITE 220                                Sacramento, CA  95812-2952              SAN CLEMENTE CA 92673-2614
IRVINE CA 92606-5166


G Kevin Studer                           GMAC Mortgage, LLC                      PATRICIA VIRZI
H. James Keathley/Katherine D Keathley   Attn: Payment Processing                33 BLUECOAT
Keathley & Keathley LLP                  3451 Hammond Avenue                     IRVINE CA 92620-2607
2030 Main St Ste 1040                    Waterloo , IA 50702-5300
Irvine CA 92614-8241


(p)US BANK                               UNITED STATES TRUSTEE                   United States Trustee (SA)
PO BOX 5229                              411 WEST FOURTH STREET                  411 W Fourth St., Suite 9041
CINCINNATI OH 45201-5229                 SANTA ANA CA 92701-4500                 Santa Ana, CA 92701-8000


WELLS FARGO BANK                         Wells Fargo Bank NA                     Charles Carmello Virzi
2799 WELLS FARGO WAY                     H James Keathley/Katherine D Keathley   33 Blue Coat
MAC X9901-08T                            Keathley & Keathley LLP                 Irvine, CA 92620-2607
MINNEAPOLIS MN 55467-8000                2030 Main St Ste 1040
                                         Irvine CA 92614-8241


William M. Burd
Burd & Naylor
200 W Santa Ana Blvd Suite 400
Santa Ana, CA 92701-4134
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank, N.A.
4801 Frederica Street
Owensboro, KY 42301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Courtesy NEF

(u)Wells Fargo Bank, N.A.

(d)BAC Home Loans Servicing, LP...
Miles, Bauer, Bergstrom & Winters, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705-5643

(u)G Kevin Studer

End of Label Matrix
Mailable recipients   24
Bypassed recipients    4
Total                 28